In the Matter of Acquiring Title by the CITY OF NEW YORK of Real Property Required for the Opening of Mott Avenue in the Borough of Queens.

AMY A. NORTON, Appellant; CORNAGA AVENUE HOLDING CORPORATION, Respondent.

(Argued November 17, 1930; decided November 19, 1930.)

*Charles J. Nehrbas* for motion.

*William S. Pettit* opposed.

Motion denied, without costs.